No. 42297.—Protests 993193–G, etc., of W. F. Mackay (Pembina).

Opinion by Evans, J. It was stipulated that the collector failed to designate any packages to be opened, examined, and appraised. On the authority of International Clearance Co. v. United States (T. D. 48544) the protests were sustained.

No. 42298.—Protests 985346–G, etc., of Nippon Sauce Manufacturing Co. (Los Angeles).

Opinion by Evans, J. It was stipulated that the soyament in question is the same as that passed upon in Abstract 40986. The claim at 20 percent under paragraph 1558 was therefore sustained.

No. 42299.—Petitions 5788–R, etc., of Samuel D. Leidesdorf, Trustee (New York).

Opinion by Evans, J. It was found from the testimony that there was no intention on the part of the importer to deceive or defraud, or that he concealed from the examiner or appraiser any information, but that there was a difference of opinion as to the dutiable value of the glassware in question. The petitions were therefore granted.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1939

No. 42300.—Protests 937062–G, etc., of Abraham & Strauss, Inc., et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42301.—Protests 811359–G, etc., of American Import Co., et al. (Baltimore, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42302.—Protests 795798–G, etc., of V. W. Davis et al. (Duluth, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.